# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VALENTIN H. TRABA and LUPITA**<br><br>Plaintiffs,<br><br>v.<br><br>**FORD MOTOR COMPANY, a Delaware Corporation; and DOES 1 through 10, inclusive**<br><br>Defendant, | Case No. **2:18-cv-00808-SVW-GJS**<br><br>**ORDER GRANTING JOINT STIPULATION AND ORDER TO DISMISS CASE** |

The stipulation is approved. The entire action is hereby dismissed with prejudice.

IT IS SO ORDERED.

DATED: September 26, 2019

_____
Honorable Judge Stephen Wilson